IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br>v.<br><br>HECTOR JIMENEZ TORRES<br>Defendant | CRIM. NO. 00-0098 CR<br>(PG) |

## NOTICE OF APPEARANCE

**TO THE HONORABLE COURT:**

**COMES NOW** the undersigned counsel and very respectfully prays and states as follows:

1. We were appointed counsel on appeal.

2. We need to enter this appearance to access some documents through the ECF system that are necessary for the appeal.

**IN VIEW OF THE FOREGOING**, we request the Court to be informed and grant this motion.

**RESPECTFULLY SUBMITTED.** On November 8, 2004.

**I HEREBY CERTIFY**, that on this date, November 8, 2004, I have filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: United

States Attorneys Office, Torre Chardón Suite 1200, Carlos Chardón Ave., Hato Rey, P.R. 00918.

**s/Marlene Aponte Cabrera**
MARLENE APONTE CABRERA, ESQ.
USDCPR 208603
MSC 128
SIERRA MORENA 271
LAS CUMBRES
SAN JUAN, PUERTO RICO 00926
Tel. (787)281-8488; 547-5999
firebug@prtc.net