Juan M-Perez Gimenez
CH-125 Clemente Ruiz Nazario
United States Courthouse
150 Carlos Chardon Ave
Hato Rey, P.R. 00918-1765

April 5, 2006

Dear Sir,

My name is Hector Jimenez #23133-038, and I was represented by Ms. Cabrera, Attorney at Law who was appointed by your Honor. Ms. Cabrera did a wonderfull job for me at that time in my case. Now I am asking Your Honor if you would kindly remove Ms. Cabrera as my Counsel of record and appoint me a new attorney for the foregoing matters that I have at hand. Sir I have wrote Ms. Cabrera and ask her to withdraw as my Counsel, I have not yet recieved a reply from her. That is why I am asking Your Honor to step into this problem and correct the problem, so that all sides can be agreeable. Sir kindly can you grant my request in this matter. I am very gratefull for this request.

Thank You,

Hector Jimenez #23133-038
USP-Allenwood
P.O.BOX 3000
White Deer, Pa. 17887