IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No. 00-0098(PG) |
| v. | |
| HECTOR JIMENEZ TORRES<br>Defendant | |

### INFORMATIVE MOTION REGARDING DELIVERY OF CASE FILE TO COUNSEL DAVID W. ROMAN

**TO THE HONORABLE COURT OF APPEALS:**

COMES NOW THE UNDERSIGNED COUNSEL, and very respectfully prays and states as follows:

1. Counsel David Román copied us with a motion on behalf of Defendant Hector Jimenez, requesting that his filed be tendered.

2. Since our withdrawal from the case, we have held on to the file awaiting notification of the counsel to be appointed to continue representing defendant.

3. We have even spoken to defendant who asked us to continue representing him in his §2255 motion, but informed him that we were no longer in the panel and were unable t do so.

4.  Accordingly, on this date, we have made arrangements to have delivered to counsel David Román, at his Office at the Caribe Building, the case file, which is heavy and voluminous, and we forsee that of mailed to Allenwood, the size of the file will encounter difficulty in getting to the defendant. Also, due to the new mailing rules at the BOP, we are not in the inmate's list for packages and the process could take some time, therefore, delivery to his counsel will be most appropriate.

IN VIEW OF THE FOREGOING, we hereby request that the Court be informed.

**RESPECTFULLY SUBMITTED.**

>                      *s/Marlene Aponte Cabrera*
>                      **MARLENE APONTE CABRERA, ESQ.**
>                      USDCPR 208603
>                      MSC 128
>                      SIERRA MORENA 271
>                      LAS CUMBRES
>                      SAN JUAN, PUERTO RICO 00926
>                      TEL/FAX (787)547-5999
>                      firebug@prtc.net

## CERTIFICATE OF SERVICE

I, Marlene Aponte Cabrera, Esquire, do certify that on this same date, we have mailed electronically the foregoing document with the Clerk of the Court, who in turn will notify the United States Attorneys' Office and counsel David Román, Esq.

In San Juan Puerto Rico, on October 13, 2006.

s/*Marlene Aponte Cabrera*
**MARLENE APONTE CABRERA, ESQ.**
USDCPR 208603
MSC 128
SIERRA MORENA 271
LAS CUMBRES
SAN JUAN, PUERTO RICO 00926
TEL/FAX (787)547-5999
firebug@prtc.net